# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TRACY HARRIS,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **CKS PRIME INVESTMENTS LLC., and EXPERIAN INFORMATION SOLUTIONS, INC.** ) <br> ) <br> **Defendants.** ) | Case No. <br> 1:24-cv-03284 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Tracy Harris and Defendant Experian Information Solutions, Inc. ("Experian") have reached a settlement to resolve Plaintiff's claims against Experian.

Plaintiff and Defendant Experian anticipate that they will execute and perform a final settlement within thirty (30) days of the date of this notice, at which time the parties will file a Stipulation for Dismissal.

Dated:  October 28, 2024                    Respectfully submitted,


*/s/ Tracy Harris (with express permission)*
Tracy Harris
117 Flanders Way
Lawrenceville, GA 30046

*Plaintiff*


*/s/ Jodi L. Kalson*
Jodi L. Kalson
Georgia Bar No. 184730
jkalson@jonesday.com
JONES DAY
1221 Peachtree Street, N.E.
Suite 400
Atlanta, GA  30361
Telephone:  404.581.8822

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024, I filed a true and correct copy of the foregoing Notice of Settlement with the Court's Electronic Case Filing system, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

/s/ Jodi L. Kalson