IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRACY HARRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CKS PRIME INVESTMENTS LLC., and )<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 1:24-CV-03284 |

## DEFENDANT CKS PRIME INVESTMENT LLC'S RESPONSE TO DECEMBER 30, 2024 ORDER TO SHOW CAUSE

COMES NOW, Defendant CKS Prime Investments, LLC ("CKS"), by and through the undersigned counsel responds to the Court's December 30, 2024 Order to Show Cause (D.N. 18), states as follows:

### RESPONSE TO ORDER TO SHOW CAUSE

1. Subsequent to the filing of the Motion to Strike (D.N. 14), the parties agreed to amicably settle this matter.

2. Therefore, CKS did not prepare a response to the Motion to Strike.

3. The parties have circulated a proposed settlement agreement and anticipate that this matter will be dismissed in thirty (30) days.

4. CKS respectfully requests that it not be required to prepare a response to the Motion to Strike until and unless the parties are not able to resolve this matter.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant, CKS PRIME INVESTMENTS LLC, prays that this Court excuse it from responding to the Motion to Strike as it is now moot.

Dated: January 9, 2025

                        HINSHAW & CULBERTSON LLP

                        */s/ Siobhan E. P. Grant*
                        SIOBHAN E. P. GRANT
                        Florida Bar No. 68892
                        sgrant@hinshawlaw.com
                        lleon@hinshawlaw.com
                        kdongdon@hinshawlaw.com
                        2811 Ponce de Leon Blvd., Suite 1000, 10th FL
                        Coral Gables, FL 33134
                        Telephone: 305-358-7747
                        Facsimile: 305-577-1063
                        *Pro Hac Vice Attorneys for CKS Prime Investments*

                        KERSHAW WHITE

                        */s/ Robert P. White*
                        ROBERT P. WHITE
                        Georgia Bar No. 754806
                        Patrick.white@kershawwhite.com
                        5881 Glenridge Drive, Suite 10
                        Atlanta, Georgia 30328
                        Telephone: 470-443-1100
                        *Attorneys for CKS Prime Investments*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants.

                        */s/ Siobhan E.P. Grant*
                        Siobhan E.P. Grant
                        Pro Hac Vice Counsel for CKS Prime Investments

3

1078143\323406525.v1