IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACY HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>CKS PRIME INVESTMENTS LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:24-cv-3284-MLB-JKL |

## **ORDER**

This matter is presently before the Court on the Defendant CKS Prime Investment LLC's ("CKS") notice of settlement, which informs the Court that the Plaintiff and CKS have reached a settlement of Plaintiff's claims and plan to file the appropriate paperwork to dismiss the case shortly.[1] [*See* Doc. 19.] Based upon the parties' representations, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.

---

[1] Plaintiff and Defendant Experian Information Solutions, Inc. have already stipulated to the dismissal of Plaintiff's claims against it. [*See* Docs. 11, 12.]

The parties shall file the appropriate dismissal documents within **sixty (60) days** of the date of this Order. If the parties need additional time, they should move for such additional time to finalize the settlement. If the settlement fails, the parties should promptly move to reopen the case.[2]

IT IS SO ORDERED this 10th day of January, 2025.

_____
JOHN K. LARKINS III
United States Magistrate Judge

---

[2] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.